IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,       ) | No. C 12-01115 EJD (PR) |
|                       ) | |
|       Plaintiff.     ) | ORDER OF DISMISSAL |
|                       ) | |
|   vs.                ) | |
|                       ) | |
| VERDICT OF THE DISTRICT) | |
| COURT,                 ) | |
|                       ) | |
|       Defendants.    ) | |
| _____) | |

On March 6, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his complaint is deficient because he did not pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) Plaintiff was advised to file a complete IFP application within thirty days of the notice to avoid dismissal of the action. (Id.)

On April 9, 2012, Plaintiff filed an IFP motion which was deficient because the Certificate of Funds in Prisoner's Account attached to the application was obviously completed by Plaintiff and not by an authorized prison official. (Docket No. 4.) Furthermore, Plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Id.) In the interest of justice, the Court granted Plaintiff an extension of time to file a complete IFP application, such that a

1 response was due no later than May 20, 2012. (See Docket No. 6.) The deadline has
2 since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED
3 without prejudice for failure to pay the filing fee.

5 DATED: 6/18/2012

EDWARD J. DAVILA
6 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERROD L HERNDON,

        Plaintiff,

  v.

VERDICT OF DISTRICT COURT,

        Defendant.
                                            /

Case Number: CV12-01115 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/19/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon
T-62827
California Medical Facility
PO Box 2000
Vacaville, CA 95696

Dated:   6/19/2012

                                          Richard W. Wieking, Clerk
                                       /s/ By: Elizabeth Garcia, Deputy Clerk